IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **DEXTER STURGEON JR.,** | § § § § | |
| **Plaintiff,** | § § | |
| v. | § § | CIVIL ACTION NO. 6:18-CV-00468-TH |
| **TDCJ COFFIELD UNIT,** | § § § § | |
| **Defendant.** | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The above entitled and numbered civil action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636. On May 22, 2019, the Magistrate Judge issued his Report and Recommendation (Doc. No. 12), recommending that this case be dismissed with prejudice. Plaintiff acknowledged receipt of this Report and Recommendation on May 29, 2019. (Doc. No. 13.) No objections to the Report and Recommendation have been presented for consideration within the prescribed time period for such objections. Therefore, the Court adopts the Report and Recommendation of the United States Magistrate Judge (Doc. No. 12) as the findings of this Court.

Accordingly, it is hereby **ORDERED** that the Magistrate Judge's Report (Doc. No. 12) be **ADOPTED** and that the above-styled civil action be **DISMISSED WITH PREJUDICE**. All pending motions are **DENIED** as **MOOT**.

**SIGNED** this the **24** day of **June, 2019.**

_____
Thad Heartfield
United States District Judge